States to substitute itself for the named military judge appellee, to attach the military judge's ruling that is captioned, "In Camera Review YWCA Counseling Records," and to attach, under seal, the military judge's sealing order and summary of mental health documents dated February 19, 2014 are granted, that the motions of the Maryland Crime Victims' Resource Center, Inc., the National Crime Victim Law Institute, and Protect Our Defenders to participate as amicus curiae and file amicus curiae briefs are granted, and that upon consideration of all the pleadings filed, said writ-appeal petition is hereby denied without prejudice to any right Appellant may have to challenge the military judge's disclosure of a summary of certain psychotherapy records to the defense.

Misc. No. 14–8012/CG. U.S., Appellant v. Christine N. Cutter, Captain, U.S. Coast Guard, Military Judge, Appellee, and William R. Bisel, Aviation Maintenance Technician Third Class, U.S. Coast Guard, Real Party in Interest. CCA 001–14. On consideration of the writ-appeal petition, it is ordered that said writ-appeal is hereby denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellee's motion to exclude Appendix B to Appellant's amended final brief on behalf of Appellant is denied.

Friday, March 14, 2014

No. 14–0420/AR. U.S. v. Kyle C. Newman. CCA 20100481. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including March 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*